# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PATRICIA A. ROBINSON  
931 HORSMAN  
ROCKFORD, IL 61101

SSN-xxx-xx-1746

Case Number: 04-73474

Case filed on: 7/8/2004  
Plan Confirmed on: 9/24/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,740.74          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 203 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PATRICIA A. ROBINSON | 0.00 | 0.00 | 40.74 | 0.00 |
| 999 | PATRICIA A. ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 40.74 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 20,097.26 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 17,200.88 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 7,996.82 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 45,294.96 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 465.28 | 465.28 | 35.41 | 0.00 |
| 005 | ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FINGERHUT CREDIT ADVANTAGE | 406.03 | 406.03 | 30.90 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 5,807.72 | 5,807.72 | 441.94 | 0.00 |
| 008 | CREDITORS BANKRUPTCY SERVICE | 613.07 | 613.07 | 46.65 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 684.27 | 684.27 | 52.07 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 426.43 | 426.43 | 32.45 | 0.00 |
| 011 | VERIZON WIRELESS - GREAT LAKES | 654.06 | 654.06 | 49.77 | 0.00 |
| 012 | NICOLE GARRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASPIRE VISA | 2,923.98 | 2,923.98 | 222.50 | 0.00 |
| 014 | B-LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 401.04 | 401.04 | 30.52 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 442.73 | 442.73 | 33.69 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 1,957.67 | 1,957.67 | 148.97 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 232.12 | 232.12 | 17.66 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 215.20 | 215.20 | 16.37 | 0.00 |
|  | Total Unsecured | 15,229.60 | 15,229.60 | 1,158.90 | 0.00 |
|  | Grand Total: | 61,888.56 | 16,593.60 | 2,563.64 | 0.00 |

Total Paid Claimant: $2,563.64  
Trustee Allowance: $177.10  
Percent Paid Unsecured: 7.61

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007          By /s/Heather M. Fagan